**GRIMM VRANJES & GREER LLP**
A. Carl Yaeckel, Esq. (SBN 89920)
550 West C Street, Suite 1100
San Diego, CA  92101-3532
Tel: (619) 231-8802
Fax: (619) 233-6039

Attorneys for Defendant
NORTH AMERICAN CAPACITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BECK HOMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN CAPACITY INSURANCE COMPANY, and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No.:   2:12-cv-02684-JAM-KJN <br> *[Assigned to Magistrate Judge Kendall J. Newman]* <br><br> **ORDER TO DISMISS ENTIRE ACTION** |

Pursuant to stipulation of all parties, including Plaintiff BECK HOMES, INC. and Defendant NORTH AMERICAN CAPACITY INSURANCE, and good cause existing therefore,

**IT IS HEREBY ORDERED** that the entire action be and hereby is dismissed with prejudice, with each party to bear their own costs.

Dated:   6/5/2013

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge of the District Court